**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 04-1132**

_____

CALVERT SOCIAL INVESTMENT FUND; CALVERT
VARIABLE SERIES, INCORPORATED,

Plaintiffs - Appellees,

versus

NCM CAPITAL MANAGEMENT GROUP, INCORPORATED,

Defendant - Appellant.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Andre M. Davis, District Judge. (CA-02-
4130-AMD)

_____

Submitted: November 19, 2004     Decided: December 16, 2004

_____

Before LUTTIG, WILLIAMS, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Mark Fox Evens, Mary Margaret Utterback, THELEN, REID & PRIEST,
L.L.P., Washington, D.C., for Appellant. Stephen G. Topetzes,
Andrew J. Dubill, KIRKPATRICK & LOCKHART, L.L.P., Washington, D.C.,
for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

NCM Capital Management Group, Inc., appeals from a grant of summary judgment in favor of Calvert Variable Series, Inc., and Calvert Social Investment Fund (the Funds). NCM concedes that it breached its contracts with the Funds but contends that the district court erred by awarding the Funds damages for the breach. Having carefully reviewed the record and the parties' written submissions, we affirm on the reasoning of the district court. (J.A. at 293-300.) We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED